BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CHARLES DUFF, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>MAX SOLIZ, SR.,<br><br>Respondent. | 2:09-mc-00068-GEB GGH<br><br>**ORDER OF COMPLIANCE**<br><br>Taxpayer: MAX SOLIZ INSURANCE AGENCY, INC. |

Before the Court is the Petitioners' Notice of Compliance and Suggestion to Close File, filed on December 11, 2009 [Dkt. #13]. Based on the reasons contained therein, based the entire record in this case, and for good cause having been shown, it is hereby ORDERED that:

1. The Order to Show Cause hearing scheduled for Monday, January 11, 2010, at 9:00 a.m. is hereby taken off-calendar; and

2. The Clerk of the Court shall close this case.

The Clerk shall forward a copy of this Order to the Respondent.

It is SO ORDERED.

Dated: January 11, 2010

*/s/ Garland E. Burrell, Jr.*
GARLAND E. BURRELL, JR.
United States District Judge

Page 1

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on **January 11, 2010**, she served a copy of:

**[Proposed] ORDER OF COMPLIANCE**

by placing said copy in an envelope addressed to the persons hereinafter named, at the places and addresses shown below, which are the last known addresses, and mailing said envelope and contents in the U.S. Mail in Sacramento, California.

Addressees:

Mr. Max Soliz, Sr.
16967 Alexandra Way
Grass Valley, CA 95949

    /s/ Mary Ann Rackley
MARY ANN RACKLEY